**1329 TURCK (County Treasurer) vs. WRIGHT (Supervisor, Pine River Twp.), 19 M., 350.**

To compel respondent to spread the amount of an alleged indebtedness to the county from the township, upon the assessment roll.

Denied October 26, 1869, on the ground that boards of supervisors have no general power to establish claims in favor of counties against townships, and there was nothing in the papers showing that this claim was within their jurisdiction.